UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

KEVIN BROWN,                                    )
                                                )
                    Plaintiff,                  )
        vs.                                     )   No. 1:05-cv-1585-RLY-VSS
                                                )
STATE OF INDIANA, et al.,                       )
                                                )
                    Defendants.                 )

**Entry Concerning Selected Matters**

The court, having considered the above action and the matters which are pending, makes the following rulings:

1. With respect to the plaintiff's motion for leave to amend pleading, filed on December 27, 2005, the request for oral argument is **denied** and the request to amend the complaint by removing paragraph 1583 is **granted.**

2. The plaintiff's motion for declaratory judgment is **denied** as premature.

3. The plaintiff's motion to take judicial notice or waive Rule 26(d) is **denied**.

4. Document number 54, filed under seal, is **stricken** as improper and shall be **returned to the plaintiff** with his copy of this Entry. Evidence submitted with the plaintiff's filing of December 27, 2005, entered on the docket as number 55, is also **stricken** as improper at this point, and the plaintiff shall have **through the close of business on January 20, 2006,** in which to **retrieve those materials from the clerk**. If the plaintiff fails to do so, the materials will be discarded.

5. The motions for extension of time filed by various defendants are **granted**, consistent with the following: Any defendant who has been served with process and who has appeared in this action and who has not filed a motion under Rule 12(b) of the *Federal Rules of Civil Procedure* shall have **through April 11, 2006**, in which to file their answer or other responsive pleading to the complaint.

    **IT IS SO ORDERED**.

Date: _____

Copies to:

Kevin Brown
770 Haugh Street
Indianapolis, IN 46222

Cynthia De Nardi Ipsen
INDIANA STATE ATTORNEY GENERAL
cynthia.ipsen@atg.in.gov

Kirk Robert Jocham
HALL RENDER KILLIAN HEATH & LYMAN
kjocham@hallrender.com

Kathryn Lynn Morgan
INDIANA STATE ATTORNEY GENERAL
Kathryn.Morgan@atg.in.gov

Christopher L. Riegler
HALL RENDER KILLIAN HEATH & LYMAN
criegler@hallrender.com

Inge Myriam Van Der Cruysse
CHILD ADVOCATES INC.
inge@childadvocates.net

Kelly Jean Whiteman
OFFICE OF CORPORATION COUNSEL
kjwhitem@indygov.org

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE
shelese.woods@usdoj.gov